FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAY -2 PM 12:18
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NOS. CR506-014
CV509-104
CV511-019
CV511-073
CV511-077
CV512-003
CV512-025
CV512-043
CV513-017
CV515-097

## ORDER

Movant Franklin Williams ("Williams"), who has been one of this Court's most prolific litigants, was convicted in this Court after a jury trial of distribution of more than 5 grams of cocaine base and of more than 50 grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 851. (Doc. 62.)[1] On June 20, 2007, the Court sentenced Williams to 292 months of imprisonment on each count, to be served concurrently with each other and with the revoked state parole term Williams was then serving. (Id. at 2.) Williams's sentence was later reduced to 235 months of imprisonment based on the provisions of 18 U.S.C. § 3582(c)(2). (Doc. 76.) Williams then moved for a sentence reduction on January 3, 2019 after the passage of the First Step

---

[1] Unless otherwise stated, all citations refer to the record in Movant's criminal case, CR506-014.

Act of 2018. (Doc. 1197.) The Court granted Williams's motion and reduced his sentence to time served on January 18, 2019. (Doc. 1202.)

In between the time he was originally sentenced and when the Court sentenced him to time served, Williams filed numerous 28 U.S.C. § 2255 motions to vacate, set aside, or correct his sentence. (See, e.g., Doc. 72; Doc. 160; Doc. 326; Doc. 375; Doc. 422; Doc. 463; Doc. 481; Doc. 656; Doc. 760; Doc. 869; Doc. 973.) These § 2255 motions were assigned civil case numbers, and filings made in Williams's § 2255 cases were to be filed in both the individual civil cases and in his criminal case. Upon the Court's review of Williams's cases after his release, the Court has identified a number of pending motions Williams filed that need resolution. Based on Williams's release from prison, the Court **DENIES AS MOOT** the following post-judgment motions in several of Williams's § 2255 cases:[2]

1. Docket Numbers 86 and 91 in Case Number 5:09-cv-104;
2. Docket Numbers 36, 42, 44, 47, and 48 in Case Number 5:11-cv-19;
3. Docket Numbers 19, 25, and 26 in Case Number 5:11-cv-73
4. Docket Numbers 25 and 26 in Case Number 5:11-cv-77;
5. Docket Numbers 35 and 36 in Case Number 5:12-cv-3;
6. Docket Number 17 in Case Number 5:12-cv-25;

---

[2] These motions are not pending in Williams's criminal case.

7. Docket Number 14 in Case Number 5:12-cv-43;

8. Docket Numbers 13, 17, 18, and 19 in Case Number 5:13-cv-17; and

9. Docket Number 11 in Case Number 5:15-cv-97.

See Friends of Everglades v. S. Fla. Water Mgmt. Dist., 570 F.3d 1210, 1216 (11th Cir. 2009) (recognizing that when there is no longer a "live controversy" over which the Court can give meaningful relief, the requested relief is rendered moot).

SO ORDERED this 2ND day of May 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA